**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 16-23029-CIV-ALTONAGA/O'Sullivan**

**AMELIA JOHNSON**,

       Plaintiff,

v.

**BAPTIST HEALTH**
**SOUTH FLORIDA, INC.**,

       Defendant.

_____/

**ORDER**

      **THIS CAUSE** came before the Court on the Defendant, Baptist Health South Florida, Inc.'s Motion for Reconsideration [ECF No. 54], seeking reconsideration of a portion of the Court's Order [ECF No. 53] granting in part and denying in part Defendant's Motion for Final Summary Judgment [ECF No. 24].

      Local Rule 7.1(a)(3) of the U.S. District Court for the Southern District of Florida provides:

> Prior to filing any motion in a civil case, . . . counsel for the movant shall confer (orally or in writing), or make reasonable effort to confer (orally or in writing), with all parties or non-parties who may be affected by the relief sought in the motion in a good faith effort to resolve by agreement the issues to be raised in the motion. . . .  At the end of the motion, and above the signature block, counsel for the moving party *shall certify* [in accordance herewith.]

*Id.* (emphasis and alterations added).  The Rule further states "[f]ailure to comply . . . may be cause for the Court to grant or deny the motion and impose on counsel an appropriate sanction." *Id.* (alteration added).  Defendant has failed to certify it has conferred or made reasonable efforts to confer with Plaintiff.

      Additionally, Defendant files its Motion well past the Scheduling Order's March 21,

CASE NO. 16-23029-CIV-ALTONAGA/O'Sullivan

2017 deadline for pre-trial motions – for obvious reasons, but late nonetheless.  (*See* Scheduling

Order [ECF No. 18]).  Accordingly, and given next week's pretrial conference and the advancing

trial, it is

ORDERED AND ADJUDGED that Baptist Health's Motion for Reconsideration **[ECF**

**No. 54]** is **DENIED**.

DONE AND ORDERED in Miami, Florida this 16th day of June, 2017.

**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:      counsel of record